ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                       )
                                                  )
US21, Inc.                                        )   ASBCA No. 63830
                                                  )
Under Contract No. W912D2-24-P-0002               )

APPEARANCE FOR THE APPELLANT:          Christopher R. Shiplett, Esq.
                                         Randolph Law, PLLC
                                         Falls Church, VA

APPEARANCES FOR THE GOVERNMENT:        Dana J. Chase, Esq.
                                         Army Chief Trial Attorney
                                       MAJ Bruce Nessler, JA
                                       LTC Nolan T. Koon, JA
                                       MAJ Joseph Van Dusen, JA
                                         Trial Attorneys

ORDER OF DISMISSAL

Appellant has requested that the Board dismiss this appeal without prejudice. The government does not oppose this request. Accordingly, the appeal is dismissed from the Board's docket without prejudice.

Dated: December 10, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63830, Appeal of US21, Inc., rendered in conformance with the Board's Charter.

Dated: December 11, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals